**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MARY CONNOR,** | |
| **Plaintiff,** | **Case No. 19-cv-03662** |
| **v.** | **Honorable Robert M. Dow Jr.** |
| **THE MUSEUM OF CONTEMPORARY ART,** | |
| **Defendant.** | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, THE MUSEUM OF CONTEMPORARY ART, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
 Leah M. Farmer
 Littler Mendelson PC
 321 North Clark Street, Suite 1000
 Chicago, IL 60654
 Telephone: (312) 795-3265
 lfarmer@littler.com

For the Plaintiff:

By: _____
 C.K. Lee, Esq.
 Lee Litigation Group, PLLC
 73 West Monroe Street
 Chicago, IL 60603
 Telephone: (212) 465-1188
 cklee@leelitigation.com

Date: _____10/29/19_____

Date:___October 29, 2019_____

SO ORDERED

_____
U.S.D.J.